RUGE, APPELLANT AND CROSS-APPELLEE, *v.* CONRAD, ADMR., ET AL., APPELLEES AND CROSS-APPELLANTS; NAVISTAR INTERNATIONAL TRANSPORTATION CORPORATION, APPELLEE.

[Cite as *Ruge v. Conrad* (1998), 84 Ohio St.3d 1220.]

(No. 97–2328—Submitted October 14, 1998 at the Mercer County Session—Decided December 30, 1998.)

---

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy, Marc J. Jaffy* and *Eric S. Bravo,* for appellant and cross-appellee.

*Betty D. Montgomery,* Attorney General, and *Michael A. Vanderhorst,* Assistant Attorney General, for appellees and cross-appellants Administrator, Bureau of Workers' Compensation, and Industrial Commission.

*Vorys, Sater, Seymour & Pease* and *Joseph A. Brunetto,* for appellee Navistar International Transportation Corp.

The court orders that the court of appeals' opinion not be published in the Ohio Official Reports, and that it may not be cited as authority except by the parties *inter se.*

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer and Lundberg Stratton, JJ., concur.

Cook, J., dissents.

---

Cook, J., dissenting. I respectfully dissent from the decision to dismiss this case as improvidently allowed and, if addressing this case on the merits, would affirm the decision of the court of appeals.